United States Courts
Southern District of Texas
FILED

SEP 1 0 2019

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO.: H-19-457-S |
| MICHAEL DEBLASIO, | § | |
| DARIAN DEVON STEVENS, | § | |
| DERRICK SCOTT, | § | |
| JULIUS LOPEZ, | § | |
| AND | § | |
| DESHAUN ALLEN | § | |
| DEFENDANTS | § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, Top Golf, is a company with headquarters in Dallas, Texas and locations throughout the United States, United Kingdom and Australia, engaged in the business of sports entertainment and sale of consumer goods which are shipped in interstate and foreign commerce and which affect interstate and foreign commerce.

### COUNT ONE

Title 18, United States Code, §§ 1203(a) and 2 –Aiding and Abetting Hostage Taking

On or about August 26, 2018, in the Houston Division of the Southern District of Texas,

MICHAEL DEBLASIO,
DESHAUN ALLEN,
AND
DERRICK SCOTT

Page **1** of **6**

defendants herein, aiding and abetting each other and others known and unknown to the Grand

Jury, did seize, detain, threaten to kill and injure, and continue to detain, Elhadji Dione, a foreign

national, in order to compel a third person to pay ransom, reward or do any act as an explicit or

implicit condition for the release of Elhadji Dione.

In violation of Title 18, United States Code, §§ 1203 (a) and 2.

## COUNT TWO

Title 18, United States Code, §§ 924(c)(1)(A) and 2: -
Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about August 26, 2018, in the Houston Division of the Southern District of Texas,

MICHAEL DEBLASIO,
DESHAUN ALLEN,
AND
DERRICK SCOTT

Defendants herein, aiding and abetting each other and others known to the Grand Jury, did

knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of

violence for which they may be prosecuted in a court of the United States, that being Aiding and

Abetting Hostage Taking, as alleged in Count One.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

## COUNT THREE

Title 18, United States Code, §§ 1201(a) and 2 –Aiding and Abetting Kidnapping

On or about August 26, 2018, in the Houston Division of the Southern District of Texas,

MICHAEL DEBLASIO,
DESHAUN ALLEN,
AND
DERRICK SCOTT

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully seize, confine, kidnap, abduct and carry away and hold for some ransom, reward, and otherwise, to wit: to obtain United States Currency from a third party, Elhadji Dione, and, in committing or in furtherance of the commission of the offense used cellular telephones and vehicles, a means, facility, and instrumentality of interstate or foreign commerce.

In violation of Title 18, United States Code, §§ 1201 (a) and 2.

## COUNT FOUR

Title 18, United States Code, §§ 1201(a) and 2 –Aiding and Abetting Kidnapping

On or about August 28, 2018, in the Houston Division of the Southern District of Texas,

MICHAEL DEBLASIO,

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did unlawfully seize, confine, kidnap, abduct and carry away and hold for some ransom, reward, and otherwise, to wit: to obtain United States Currency from a third party, Ferdinand Thompson, and, in committing or in furtherance of the commission of the offense used cellular telephones and vehicles, a means, facility, and instrumentality of interstate or foreign commerce.

In violation of Title 18, United States Code, §§ 1201 (a) and 2.

## COUNT FIVE

Title 18, United States Code, §§ 1951(a) and 2 –Aiding and Abetting Interference with
Commerce by Robbery

On or about August 28, 2018, in the Houston Division of the Southern District of Texas,

MICHAEL DEBLASIO

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly

and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and

commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are

defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did

unlawfully take and obtain the property of Top Golf, located at 1030 Memorial Brook, Houston

Texas, which was in the possession and custody of an employee of Top Golf, namely, United

States Currency, by means of actual and threatened force, violence, and fear of injury to those in

lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT SIX

Title 18, United States Code, §§ 924(c)(1)(A) and 2: -
Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about August 28, 2018, in the Houston Division of the Southern District of Texas,

MICHAEL DEBLASIO

defendant herein, aiding and abetting  others known and unknown to the Grand Jury, did

knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of

violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery, as alleged in Count Seven.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

## COUNT SEVEN

Title 18, United States Code, §§ 1201(a) and 2 –Aiding and Abetting Kidnapping

On or about August 29, 2018, in the Houston Division of the Southern District of Texas,

MICHAEL DEBLASIO,
AND
JULIUS LOPEZ

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully seize, confine, kidnap, abduct and carry away and hold for some ransom, reward, and otherwise, to wit: to obtain United States Currency from a third party, Homero Cardenas, and, in committing or in furtherance of the commission of the offense used cellular telephones and vehicles, a means, facility, and instrumentality of interstate or foreign commerce.

In violation of Title 18, United States Code, §§ 1201 (a) and 2.

## COUNT EIGHT

Title 18, United States Code, §§ 1201(a) and 2 –Aiding and Abetting Kidnapping

On or about August 30, 2018, in the Houston Division of the Southern District of Texas,

MICHAEL DEBLASIO,
JULIUS LOPEZ,
DERRICK SCOTT,
AND
DARIAN DEVON STEVENS

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully seize, confine, kidnap, abduct and carry away and hold for some ransom,

reward, and otherwise, to wit: to obtain United States Currency from a third party, Ronald

Enamorado, and, in committing or  in furtherance of the commission of the offense used cellular

telephones and vehicles, a means, facility, and instrumentality of interstate or foreign commerce.

In violation of Title 18, United States Code, §§ 1201 (a) and 2.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____

FOREMAN OF THE GRAND JURY

Ryan K. Patrick
United States Attorney

BY: _____
Jill Jenkins Stotts
Assistant United States Attorney